**08C01-2411-CT-000004**

Carroll Circuit Court

Filed: 11/13/2024 1:35 PM
Clerk
Carroll County, Indiana

| | | |
|---|---|---|
| IN THE STATE OF INDIANA | ) | IN THE CARROLL CIRCUIT COURT |
| | ) | |
| | ) | |
| COUNTY OF CARROLL | ) | |
| | ) | |
| HOOSIERVAC, LLC; and | ) | CAUSE NO. |
| HOOSIERX, LLC | ) | |
|    Plaintiff | ) | |
| | ) | |
|    vs | ) | |
| | ) | |
| STEPHEN SCOTT, in his capacity as | ) | |
| Trustee of the Mid Central Operating | ) | |
| Engineers Health and Welfare Fund; MID | ) | |
| CENTRAL OPERATING ENGINEERS | ) | |
| HEALTH AND WELFARE FUND; | ) | |
| INTERNATIONAL UNION OF | ) | |
| OPERATING ENGINEERS LOCAL 103; | ) | |
| INTERNATIONAL UNION OF | ) | |
| OPERATING ENGINEERS LOCAL 150 | ) JOE | |
| HAYDEN, CORY LODGE, | ) | |
| JEFF VALLES, JIMMIE GARNER, | ) | |
| ALEX MEYERS, | ) | |
| WILLIAM SCHEIBELHUT, | ) | |
| DEREK LANE, | ) | |
| TED J. BERCHTOLD, | ) | |
| WABASH VALLEY HYDROVAC, LLC | ) | |
| DOUG WILLIMAS, | ) | |
| RICHARD HOUSTON, | ) | |
| JOHN SORRENSON, | ) and | |
| JOHN DOES 1-10 | ) | |
|    Defendant. | ) | |

## VERIFIED COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

**Introduction**

1

This is an action brought by HoosierVac, LLC ("HoosierVac") and HoosierX, LLC ("HoosierX") to seek redress for a series of wrongful actions allegedly perpetrated by the named and yet unknown defendants, including the International Union of Operating Engineers (IUOE) Local 103 and Local 150, and individual defendants, aimed at unfairly restricting the business operations of the Plaintiffs in the Indiana hydro-vacuum industry.

The "**hydrovac industry**" involves the use of advanced hydro-excavation technology, which combines high-pressure water and an industrial-strength vacuum to safely expose underground utilities, remove debris, and perform precision digging. This technique offers significant advantages over traditional mechanical excavation, including reduced risk of damaging sensitive infrastructure, minimized environmental impact, and enhanced safety for both operators and surrounding communities.

Hydrovac services are vital for a range of applications, such as utility maintenance and installation, pipeline and cable laying, potholing (daylighting), trenching, and environmental cleanup. The focus of the industry is on safety, precision, and environmental compliance makes it a critical component of modern infrastructure maintenance and public utility operations.

**HoosierVac, LLC** and **HoosierX, LLC** operate within this essential industry, providing specialized hydrovac services that ensure public utility projects, including gas line maintenance and infrastructure upgrades, are completed safely and efficiently. The industry's dependence on skilled labor, advanced equipment, and seamless access to work sites underscores the importance of fair market practices and the ability of providers like HoosierVac and HoosierX to compete without undue interference or anti-competitive restraints."

2

**PARTIES**

**Plaintiffs**

1. Plaintiff HoosierVac, LLC:  is an Indiana limited liability company with its office at 345 W State Road 218, Camden, IN, 46917. Lauren Mullins is the controlling member and president of HoosierVac, LLC. HoosierVac

2. Plaintiff HoosierX, LLC: is an Indiana limited liability company with its office at 345 W State Road 218, Camden, IN, 46917. Chris Mullins is the sole member of HoosierX, LLC, and the HoosierVac supervisor that does not compete directly with HoosierVac. various tort claims, seeking compensatory damages, punitive damages, and injunctive relief.

**Defendants:**

The International Union of Operating Engineers (IUOE) is located at 1125 17th Street NW, Washinton, D.C., 20026. The International HQ is not a party at this time. The IUOE Locals in this complaint are as follows:

3. MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND. The Fund maintains its office and principal place of business in Terre Haute, Indiana.

4. STEPHEN SCOTT is a resident of Marion County, and a Trustee of the Mid Central Operating Engineers Health and Welfare Fund for service purposes.

5. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 103 is located at 6814 East 21st St, Indianapolis, IN 46219.

6. JOE HAYDEN, as agent of Local 103-District 3 is located at 107 N Buckeye St, Kokomo, IN 46901 for service purposes. Joe Hayden lives at 965 North CR 300 East, Logansport, IN 46947.

3

7.  CORY LODGE, as agent of Local 103 is located 107 N Buckeye St, Kokomo, IN 46901 for service purposes. Cory Lodge lives at 664 North Forest Ave., Peru, IN 46970.

8.  ALEX MEYERS, as agent of Local 103, is located at 107 N Buckeye St, Kokomo, IN 46901 for service purposes. Alex Meyers lives at 1117 East Lordeman Street Kokomo, IN 46901.

9.  WILLIAM SCHEIBELHUT lives at 1117 East Lordeman Street, Kokomo, IN 46901.

10. DEREK LANE, as agent of Local 103 is located at 107 N Buckeye St, Kokomo, IN 46901 for service purposes. Derek Lane lives at 1228 West 300 N Camden, IN 46917.

11. TED J. BERCHTOLD, as agent of Local 103 is located at 107 N Buckeye St, Kokomo, IN 46901 for service purposes. Ted J. Berchtold lives at 4471 W. 600N Delphi, IN 46923.

12. RICHARD HOUSTON, as agent of Local 103 is located at 107 N Buckeye St, Kokomo, IN 4690 for purposes of this action. Richard Houston lives at 3025 W 900 N Delphi, IN 46923.

13. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150 is located at 6200 Joliet Road Countryside, Illinois 60525.

14. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150 James M. Sweeney, President-Business Manager, is located at 6200 Joliet Road, Countryside, IL 60525.

15. John Sorrenson is located at 6200 Joliet Road, Countryside, IL 605256200 Joliet Road, Countryside, IL 60525 for service purposes.

16. JIMMIE GARNER, as agent of Local 150, is located at 6200 Joliet Road Countryside, Illinois 60525 for service purposes. Jimmie Gardner lives at 60125 CR 21, Goshen, IN

4

46528.

17. JEFF VALLES, as agent of Local 150, is located at 6200 Joliet Road Countryside, Illinois 60525 for service purposes. Jeff Valles lives at 13741 Jennings Lane, Crown Point, IN 46307.

18. WABASH VALLEY HYDROVAC, LLC, Justine Williams, Owner, resides at 4902 State Rd 25 W., Lafayette, Indiana 47909 for service purposes.

19. DOUGLAS LEE WILLIMAS, 4902 State Rd 25 W., Lafayette, Indiana 47909 for service purposes.

**JURISDICTIN & VENUE**

**Jurisdiction:** Jurisdiction is proper in this Court under Indiana Trial Rule 4.4(A) because the action of the defendants directly targeted and caused harm to Plaintiffs, Indiana-based businesses operating out of Carroll County. The actions and communications, including meetings held within Indiana, defamatory statements disseminated within the state, and intentional business interference, fall within the scope of the Indiana long-arm statute.

**Venue:** Venue is proper in Carroll County under Indiana Trial Rule 75(A) as it is the principal location of business for both Plaintiffs and where the alleged harms, including reputational damage, economic losses, and unfair competitive practices, were experienced.

**Individual Defendants:**

Union-affiliated individuals accused of actions, including sabotage, defamation, and tortious interference.

Plaintiffs alleged that Vicarious Liability of IUOE Local 103 and IUOE Local 150 attaches to this complaint. Specifically, i    at all relevant times, Stephen Scott, Joe Hayden, Cory Lodge, Jeff Valles, and

Jimmie Gardner were acting as agents, representatives, or employees of IUOE Local 103 and/or IUOE Local 150, acted with actual or apparent authority to perform acts on behalf of the union locals. ii at all relevant times, Alex Meyers, JOHN MEYERS, Derek Land, Ted J. Berchtold, Richard Houston, and John Does 1-10 acted with actual or apparent authority to perform acts on behalf of the union locals.

iii Plaintiffs allege that the actions taken by Scott, Hayden, Lodge, Valles, and Gardner in targeting and interfering with HoosierVac, LLC, and HoosierX, LLC, were performed within the scope of their roles as union representatives and were intended to advance the interests of IUOE Local 103 and/or IUOE Local 150. iv Plaintiffs allege that IUOE Local 103 and IUOE Local 150 are vicariously liable for the actions of Scott, Hayden, Lodge, Valles, and Gardner, as these actions were authorized, encouraged, or directed by the union and were conducted in furtherance of the union's objectives. v Specifically, the coercive audits, defamatory statements, and interference with business relationships undertaken by the individual defendants were performed as part of a concerted effort by IUOE Local 103 and IUOE Local 150 to damage HoosierVac's business operations, in alignment with the union's policies and interests.

vi Plaintiffs request that the Court find IUOE Local 103 and IUOE Local 150 vicariously liable for all damages resulting from the actions of Scott, Hayden, Lodge, Valles, and Gardner, as these individuals acted with the union's knowledge, support, or direction in carrying out these acts.

**COME NOW** Plaintiffs under their individual oath to declare the truth under the penalties for perjury, depose and state that, for their complaint against the named and unknown and unnamed defendants represent the following:

1. My name is Lauren Mullins. I am an er the age of majority and have personal knowledge of the facts I relate hereinafter. I live in Carroll County, Indiana, and I am the majority member of HoosierVac, LLC, a woman owned business located in Carroll County, Indiana. Other than having a financial interest in HoosierVac, The minority owner plays no role in its operation or management.

HoosierVac, LLC is a union employer by virtue of signing a Collective Bargaining Agreement (CBA) with the International Union of Operating Engineers (IUOE), Local 103, where its principal office is in Indiana. The 150 CBA with IUOE Local 150 is written in Illinois where its principal office is located, however, IUOE Local 150 has a principal office in Indiana. HoosierVac is obligated to pay the Mid Central Operating Engineers Health and Welfare Fund (Fund) monies.

2. My name is Chris Mullins. I am an er the age of majority and have personal knowledge of the facts I relate hereinafter. I live in Carroll County, Indiana, and I am the sole member of HoosierX LLC, a business located in Carroll County, Indiana. HoosierX, LLC is a non-union employer with its principal office in Indiana. HoosierX does not compete with HoosierVac and operates separately and independently of HoosierVac. HoosierX in all has its own employees, jobs, payroll, office space, customers and management apart from HoosierVac. HoosierX is not a signatory to any CBA and operates as a completely open shop, completely independent of HoosierVac.

I begin working in the hydro vac industry in 2010 as an employee of Accu-Dig Services

Inc., that is in Monticello, Indiana. The owner was Craig Clever. In 2012 Craig had me join the IUOE Local 103 union because the business agent for it, Joe Hayden, would not leave the company alone by always attempting to get it thrown out of jobs, just like it is doing to HoosierVac now. Hayden would call me at Accu-Dig and try to get me to provide 103 with inside information, but I refused. The 103 would frequently publicly post or relay information saying that Clever was a rat.

I swear that the foregoing information is true.

_____          11-13-2024
Chris Mullins                              Date

## FACTUAL ALLEGATIONS

**Background of IC 24- 1-2- Antitrust Law, Restraint of Trade (Common Law Claim), IC 226-6. Indiana Right to Work Statute, Breach of Contract, Defamation Unlawful Acts and other unlawful acts- FACTUAL BACKGROUND.**

All of the following events took place on or about the following dates:

CORY LODGE:

09/2021:  Cory Lodge had HV removed as a vendor for Miller Pipeline because HV accused a member of stealing.  Cory Lodge never reached out to HV.

09/05/23:  Cory Lodge lied to Joe Hayden about what time Cody Proffitt heard about his dispatch for the following day.

09/23/23:  Jan Harman with White Construction tried to call the Local 103 to file a grievance against Cody Proffitt and he was told by Cory Lodge that Joe Hayden was out of town and would get back to him.

JOE HAYDEN:

8

08/30/22: Josh Bunnell of Bowen told HV that Joe Hayden highly suggested he use Wabash Valley Hydro.

08/15/23: Richard Houston receives texts from Joe Hayden on his personal phone stating Wyatt, Drew and Cody all got on the board today and Lauren acted like it was no big deal.

09/12/23: Richard Houston had a phone conversation with Drew Geiser where Drew explained that part of the reason he was quitting is because Joe Hayden had told him that Joe and the union were going to shut HV down.

12/14/23: Joe Hayden called stating that HV had an employee who would not present his card and that Jimmy Gardner and John Sorrenson requesting Joe reach out about the issue. Lauren informed him that the other contractors were not showing their cards and sometimes five (5) at a time will approach a HV driver to check their card.


EMMANUEL MCCLAY:

08/2022: IDEM Claim was made from an ex-employee, accusing HV of illegally dumping contents from Indiana Packers in an attempt to get HV shut down.


DEREK LANE:04/07/23: Derek Lane was bashing Chris Mullins and HV on a jobsite for Siteworks and Heath Mullen.

06/2023: Derek Lane posted on HydroVac Nation defaming Chris Mullins and HV stating that Chris threw nails in two (2) ex-employees driveways and drove past Derek's house making his family nervous.

06/05/23: Chris Mullins received a text message from Derek Lane threatening him.

06/05/23: Derek Lane made stickers and placed one at the Lafayette Water Department depicting HV as a dumpster fire. Derek Land and TJ Berchtold were passing out these stickers to customers.

TJ BERCHTOLD:

05/16/23: TJ Berchtold posted a picture of HV truck in between two (2) Wabash Valley Hydro trucks calling HV a "shit sandwich" on Hydrovac Nation.

06/04/23: TJ Berchtold posted on HydroVac Nation from a customer Indiana Packers Corp. who posted no cameras can be used onsite, stating Indiana Packers Delphi, Hoosier Vac approved.

06/05/23: TJ Berchtold was trying to pass out stickers depicting HV as a "dumpster fire" to customers.

CODY PROFFIT:

09/06/23: Rick McElroy with K2 sent an email in regards to Cody's conduct on the Nipsco jobsite. The Nipsco Construction Manager state that Cody Proffit was telling him that he was going to let you (HV) know his worth, because HV didn't have him work Friday.

09/11/23: Jan from White Construction stating that Cody Proffitt walked off the jobsite stating he doesn't get paid overtime.

UNION 103:

09/2023: Rob Cocran called Chris Mullins stating that he heard that the union was helping Lauren Mullins divorce Chris Mullins and was taking HV from Chris.

09/2023: Brian Conrad told Chris Mullins that he heard Lauren Mullins and Chris Mullins had gotten divorced and that Chris Mullins had gotten divorced and that Chris Mullins had quit and went to work at Lafayette Ten and Awning.

09/2023: Chris Mullins was in a grocery store when a man in a 103 ballcap walked up to him and asked him if he was that "scabby mother fucker" who turned his back on the union brotherhood. The guy left without purchasing anything.

UNIDENTIFIED PERSON:

10/2023: Chris Mullins was being followed by someone. Chris Mullins pulled into the dumpsite and the truck drove off when they saw a HV truck at the dump too. Jason Dunning was the operator at the dump,

ALEX MEYERS:

10/02/23: Lauren Mullins after reviewing Alex Meyers tablet found where Alex had shared his HoosierVac Apple ID with his brother William Scheibelhut and that Alex had accessed his HV info from Kokomo, IN.

10/02/23: Lauren Mullins found that Alex Meyers had tried to set himself up as the recovery email for Lauren Mullins other company Hoosier Traffic while helping Gail Simmerman change the SIM cards in the tablets.

LOCAL 150:

12/2023: Joey Raveslott and Craig Standridge called the 150 Union making up a story about HV driver rolling up his with in another member's face and not producing his card because HV was taking HEI's (Hydro-Exc Inc.) work.

11

JIMMY GARDNER:

01/16/24: Accused HV of sending a nonunion ex-employee to a jobsite.

I swear that the foregoing is true.

_Laurn Mullins_ (signature)

Laurn Mullins

_11/13/24_

Date

## COUINT 1. ANTITRUST

1. Plaintiffs incorporate into this court all of the relevant paragraphs enumerated above.

2. HoosierVac and the Mid Central Operating Engineers Welfare and Pension Fund had a valid agreement.

3. HoosierVac and the IUOE Local 103 had a valid agreement.

4. HoosierVac and the IUOE Local 150 had a valid agreement.

5. The defendants named in this claim operated a concerted effort to create anti-competitive effects against HoosierVac.

6. The defendants named in this claim operated a concerted effort to create anti-competitive effects against HoosierX as collateral damage to their joint efforts against both entities.

7. The conduct attributed to the defendants above named constitutes an per se illegal restraint of trade.

12

8. Ther actions of the defendants named above in this claim approximately had a substantial adverse effect on competition within the hydorvac industry.

9. The defendants named in this claim caused harm or damages to their business interests or to competition generally.

## COUNT 2, IC 22-6-6. Indiana Right to Work Statute

10. Plaintiffs incorporate into this court all of the relevant paragraphs enumerated above.

11. IUOE Local 103 and IUOE Local 150 compelled the owner of HoosierVac, Lauren Mullins and other HoosierVac employees to become members of the union at the risk of their ability to work.

12. IUOE Local 103 and Local 150 required HoosierVac to pay dues and other assessments as a condition of employment.

## COUNT 3. BREACH OF CONTRACT

13. Plaintiffs incorporate into this court all of the relevant paragraphs enumerated above.

14. Plaintiffs executed a valid and enforceable contract with the FUND, IUOE Local 103 and IUOE Local 150.

15. HoosierVac performed or was lawfully excused in the performance of the terms of the contract.

16. The defendants named above in this claim failed and refused to perform their obligations according to the terms of the existing contracts.

17. The breach of the contract by the named defendants proximately caused quantifiable damages to HoosierVac.

## COUNT 4. DEFMATION AND OTHER UNLAWFUL ACTS

13

18. Plaintiffs incorporate into this court all of the relevant paragraphs enumerated above.

19. The defendants made defamatory statements or communicated defamatory information about HoosierVac and HoosierX the negatively affected their professional reputation in the hydrovac industry as a whole and to specific, existing and future customers of HoosierVac.:

20. The statements and other communications were false.

21. The defendants published the information to third parties.

22. The publication of the information was intentional or with reckless disregard for the truth or with wanton negligence.

23. The defamatory and other unlawful acts caused damages to the Plaintiffs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs **HoosierVac, LLC and HoosierX, LLC** respectfully request that this Court:

1. Declare that Defendants' actions constitute an unlawful restraint of trade and market division in violation of Indiana law.

2. Grant a **temporary and permanent injunction** enjoining Defendants from engaging in any further conduct aimed at restricting Plaintiffs' market access, including but not limited to interference with labor access and customer relationships.

3. Award **compensatory damages** to Plaintiffs in an amount to be proven at trial.

4. Award **punitive damages** sufficient to deter Defendants' continued anti-competitive behavior.

5. Award **attorneys' fees and costs** incurred by Plaintiffs in bringing this action.

6. Grant any such other and further relief as the Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following:

1. **Compensatory Damages:** For lost business, reputational harm, and expenses related to the alleged unlawful actions.

2. **Punitive Damages:** For willful and malicious conduct, sufficient to deter similar future actions.

3. **Treble Damages**: For antitrust violations under Indiana law.

4. **Attorneys' Fees and Costs**: As provided by law.

5. **Declaratory Judgment:** That Defendants' actions constitute unlawful interference and breach of Indiana state laws.

6. **Additional Relief:** Any further relief deemed just by the Court.

Dated this 13th day of November 2024.

*Rafael Ramirez, Esq.*
Rafael Ramirez, Esq.
IN 18847-49; TX 24087060
RAMIREZ LAW OFFICE, P.C.
P. O. Box # 219  Rio
Hondo, TX 78583
rafael@ramirez-law.com
Phone: 317-679-5975
Fax: 317-863-1391

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2024, accomplished service to each

defendant named in the complaint or, in the alternative was sent by certified mail on this same

date. On this same date, service to Defendant Fund was sent via email to the Attorney of record:

Daniel Bowman, Esq.
BOWMAN & VLINK, LLC   E-mail:
dbowman@fdgtlaborlaw.com

*Rafael Ramirez, Esq.*
Rafael Ramirez, Esq.
IN 18847-49; TX 24087060
RAMIREZ LAW OFFICE, P.C.